**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Kotobukiya Eliot, Inc. v. Sayeh     **Case/AP Number** 09-01164 **-FJB**

**Chapter**

Doc# 7 Joint Motion filed by Defendant Mouldi Sayeh to Extend Time to File Answer Re:[1] Adversary Complaint case 09-01164 by Kotobukiya Eliot, Inc.

**COURT ACTION:**

_____Hearing held

_____Granted     _____ Approved   _____Moot

_____Denied      _____ Denied without prejudice   _____Withdrawn in open court

_____Overruled   _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted: the time to answer or otherwise respond is extended to July 8, 2009.

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 5/22/2009

Frank J. Bailey
United States Bankruptcy Judge